# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL LAW & MOTION MINUTE ORDER

**CASE NO.  C 10-02073 SBA  (DMR)**

**CASE NAME:  ALLSTATE INDEMNITY CO. v.  COLLINS ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY**: Ivy Garcia |
| **DATE**: September 8, 2011    **TIME**: 11:00 a.m. | **COURT REPORTER**: Raynee Mercado |
| **COUNSEL FOR PLAINTIFF:**<br>Jeffry Butler | **COUNSEL FOR DEFENDANT:**<br>Russell A. Robinson |

**PROCEEDINGS:**  **RULING:**

1.  Disc. Hr'g re Parties' Joint Letter [Docket No. 47]    Resolved by Parties on Record

**ORDERED AFTER HEARING:**

Defendants moved to quash Plaintiff's subpoenas to depose Defendants' counsel.  The court held a hearing, during which the parties resolved their dispute.  A more detailed order is to follow.

**ORDER TO BE PREPARED BY:**     [] **Plaintiff**     [] **Defendant**     [X] **Court**

**CASE CONTINUED TO:**

**cc:**     **Chambers**
* (T) = Telephonic Appearance