# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL LAW & MOTION MINUTE ORDER

**CASE NO.  C 10-02073 SBA  (DMR)**

**CASE NAME:  ALLSTATE INDEMNITY CO. v.  COLLINS ET AL.**

**MAGISTRATE JUDGE DONNA M. RYU**     **COURTROOM DEPUTY**:  Ivy Garcia

**DATE**: September 8, 2011     **TIME:** 11:00 a.m.     **COURT REPORTER**: Raynee Mercado

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**
Jeffry Butler     Russell A. Robinson

**PROCEEDINGS:**     **RULING:**

1.  Disc. Hr'g re Parties' Joint Letter [Docket No. 47]     Resolved by Parties on Record

**ORDERED AFTER HEARING:**

Defendants moved to quash Plaintiff's subpoenas to depose Defendants' counsel.  The court held a hearing, during which the parties resolved their dispute.  A more detailed order is to follow.

**ORDER TO BE PREPARED BY:**     [] **Plaintiff**     [] **Defendant**     [X] **Court**

**CASE CONTINUED TO:**

**cc:**     **Chambers**
* (T) = Telephonic Appearance