**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLSTATE INDEMNITY CO.,

    Plaintiff,

v.

COLLINS, *et al.*,

    Defendants.
_____/

No. C-10-02073-SBA  (DMR)

**ORDER RE 30(b)(6) DEPOSITION PROCESS**

    This court follows up on its September 8, 2011 order [Docket No. 54].  By no later than Wednesday, September 21, 2011 at 5:00 p.m., Allstate shall file and serve a list of 30(b)(6) deposition topics, set forth with reasonable particularity, regarding the contacts of Defendants' counsel with Allstate in the underlying case, as well as the applicability of exceptions to Cal. Ins. Code § 11580.2(i)(3).

    The parties shall then meet and confer in good faith as set forth in the previous order.  If the parties do not resolve their disputes, they shall appear in Courtroom 4 of this Court on Monday, September 26, 2011 at 9:30 a.m. and shall be prepared to meet and confer in the courthouse.

IT IS SO ORDERED.

Dated: September 20, 2011



_____
DONNA M. RYU
United States Magistrate Judge