United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, | No. C-10-02073-SBA (DMR) |
| Plaintiff(s), | **ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS** |
| v. | |
| COLLINS ET AL, | |
| Defendant(s). | |

Defendants' Motion for Sanctions is DENIED.

IT IS SO ORDERED.

Dated: September 26, 2011

DONNA M. RYU
United States Magistrate Judge